RCK:USAO 2010R00402

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

2014 JUN 17  A 10: 13

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. CCB-14-0294 |
| : | (Money laundering, 18 U.S.C. |
| **DAWARD LEE FALLS,** : | §1956(a)(2)(A); Aiding and |
| **Defendant.** : | abetting, 18 U.S.C. §2)). |
| : | |

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about June 29, 2009, in the District of Maryland and elsewhere,

## DAWARD LEE FALLS

did transport, transmit, and transfer funds, that is $600,000, from a place outside the United States, that is Geneva, Switzerland, to a place in the United States, that is an Electracash Inc. account at Bank of America in California, and then to Maryland and elsewhere, with the intent to promote the carrying on of specified unlawful activity, that is conducting an illegal gambling business in violation of Title 18 United States Code Section 1955.

18 U.S.C. §§1956(a)(2)(A) and 2.

_____
Date

_Rod J. Rosenstein_ /RCK

Rod J. Rosenstein
United States Attorney